**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

WILLIE HUNTER,

        Petitioner,

v.                                                            Case No. 2:07-CV-15049

CINDI CURTIN,

        Respondent.

_____/

**ORDER DENYING PETITIONER'S MOTION FOR A CERTIFICATE
OF APPEALABILITY AND GRANTING MOTION/APPLICATION FOR LEAVE TO
PROCEED IN FORMA PAUPERIS ON APPEAL**

      This matter is before the court on Petitioner's motions  for a certificate of

appealability and for leave to proceed on appeal in forma pauperis.  The court declined

to issue a certificate of appealability in its opinion and order denying the petition for a

writ of habeas corpus.  The court finds no reason to reconsider that decision.  A request

for reconsideration which presents issues already ruled upon by the court, either

expressly or by reasonable implication, will not be granted.  *See Hence v. Smith*, 49 F.

Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F.

Supp. 951, 952 (E.D. Mich. 1997).  Petitioner has not met his burden of showing a

palpable defect by which the court has been misled or that a different disposition must

result from a correction thereof, as required by the local rules.  E.D. Mich. LR 7.1(g)(3).

The court will deny the motion for a certificate of appealability.

      Petitioner has also  filed a  "Motion to Proceed In Forma Pauperis on Appeal"

Federal Rule of Appellate Procedure 24(a)(1) provides that a party to a district court

action who desires to appeal in forma pauperis must file a motion in the district court.

An appeal may not be taken in forma pauperis if the court determines that it is not taken

in good faith.  28 U.S.C. § 1915(a)(3).  "[T]he standard governing the issuance of a

certificate of appealability is more demanding than the standard for determining whether

an appeal is in good faith."  *United States v. Cahill-Masching*, No. 97 C 3231, 2002 WL

15701, * 3 (N.D. Ill. Jan. 4, 2002).  "[T]o determine that an appeal is in good faith, a

court need only find that a reasonable person could suppose that the appeal has some

merit."  *Walker v. O'Brien*, 216 F.3d 626, 631 (7th Cir. 2000).  Although the court finds

that a certificate of appealability should not issue, the court concludes that an appeal in

this case may be taken in good faith.  The court will grant Petitioner's application to

proceed without prepayment of the filing fee.  Accordingly,

IT IS ORDERED that Petitioner's motion for a certificate of appealability [Dkt. #

16] is DENIED.

IT IS FURTHER ORDERED that Petitioner's motion/application for leave to

proceed in forma pauperis on appeal [Dkt. # 15] is GRANTED.


s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  October 8, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, October 8, 2009, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522


S:\Cleland\JUDGE'S DESK\C3 ORDERS\07-15049.HUNTER.COA.IFP.wpd